[No. 11163.   Department One. — July 12, 1886.]

P. W. HAYS, APPELLANT, v. F. W. EWING, RE-
SPONDENT.

ATTORNEY — NEGLIGENCE — ACTION TO RECOVER FOR — STATUTE OF LIMITA-
TIONS. — Under section 339 of the Code of Civil Procedure, a cause of
action against an attorney for neglect of duty in the management of an
action is barred at the expiration of two years after the neglect occurred.
ID. — OMISSION TO TAKE USELESS APPEAL. — It is not a neglect of duty for
an attorney to omit to take an appeal on behalf of his client from a judg-
ment rendered against him, if such appeal could not have availed the
client.

APPEAL from a judgment of the Superior Court of
Modoc County.

The action in which the negligence of the defendant
is alleged to have occurred was founded on a promissory
note, executed on December 1, 1870, and payable one
day after date.   The action was commenced July 8, 1881.
The answer set up the statute of limitations as a defense.
On the trial, the court sustained the defense and dis-
missed the action.   During the interval between the
years 1870 and 1881, the defendants in the action were
absent from the state, except for about one year.   The
complaint in the present action alleged that the negli-
gence of the defendant consisted in his failure to plead
such absence in order to remove the apparent bar of
the statute, or to prove that fact on the trial, and in his
omission to take an appeal from the judgment.   The de-
fendant demurred to the complaint on the ground that
the action was barred by the statute of limitations.   The
demurrer was sustained, and judgment rendered for the
defendant.   The further facts are stated in the opinion
of the court.

*E. V. Spencer*, for Appellant.

*Matt. F. Johnson, C. L. Claflin,* and *F. W. Ewing,*
for Respondent.

McKINSTRY, J.—This action is against an attorney at law for neglect of duty in the management of a certain action brought by the present plaintiff against Cogswell *et al.* The defendant demurred generally, and also on the special ground that the complaint shows that the statutory limitation has run against the alleged cause of action.

The judgment for defendant in *Hayes* v. *Cogswell* was made November 19, 1881. This action was commenced June 16, 1884, and so far as it is based on any neglect of the defendant prior to the judgment of November, 1881, was barred by section 339 of the Code of Civil Procedure.

The complaint herein avers that the plaintiff, subsequent to and within one year after the judgment in *Hayes* v. *Cogswell*, demanded of the defendant herein that he should take an appeal on behalf of the plaintiff in that action.

But the facts stated in this complaint show that an appeal would have been of no avail.

Judgment affirmed.

MYRICK, J., and Ross, J., concurred.